No. 70–5408. WATSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 70–5410. WORKMAN v. OHIO. Ct. App. Ohio, 8th Jud. Dist. Certiorari denied.

No. 70–5411. PARKER v. WALSH, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied.

No. 70–5413. STATEN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 70–5414. RHODES v. WOLFF, WARDEN. Sup. Ct. Neb. Certiorari denied.

No. 70–5415. JEFFERSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 70–5416. WILSON v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 70–5419. WILSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 70–5420. STEELE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 70–5421. SOKAL v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 70–5422. JOHNSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 70–5423. STEWARD v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 70–5424. CANADA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.